UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANET M. COLLINS,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br>Administration,<br><br>        Defendant. | Case No. 2:13-cv-00613-APG-CWH<br><br>**ORDER** |

       This matter is before the Court on Defendant's Motion for Stay During Lapse in Appropriations (#20), filed October 10, 2013.  The undersigned has reviewed the motion and finds there is good cause for the requested stay.  Accordingly,

       **IT IS HEREBY ORDERED** that Defendant's Motion for Stay During Lapse in Appropriations (#20) is **granted**.

       **IT IS FURTHER ORDERED** that the parties shall meet and confer and submit a new scheduling order/briefing schedule within seven (7) days after the lapse in appropriations is resolved.

       DATED: October 15, 2013.

                                                  _____
                                                  **C.W. Hoffman, Jr.**
                                                  **United States Magistrate Judge**