# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

JANET M. COLLINS,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No.:  2:13-cv-00613-RFB-CWH

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CARL W. HOFFMAN**

    Before the Court for consideration is the Report and Recommendation (ECF No. 27) of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered September 15, 2014.

    Pursuant to Local Rule IB 3-2(a), objections were due by October 2, 2014.  No objections have been filed.  The Court has reviewed the record in this case and concurs with Magistrate Judge's recommendation(s) that (ECF No. 16) Motion for Summary Judgment be **denied** and further recommending that (ECF No. 24) Defendant's Cross Motion for Summary Judgment be **granted**.  Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

. . .

. . .

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 27) is **ACCEPTED and ADOPTED in full.**  (ECF No. 16) Motion for Summary Judgment be **denied** and further recommending that (ECF No. 24) Defendant's Cross Motion for Summary Judgment be **granted.**

**The Clerk shall enter judgment accordingly and close the case.**

**DATED** this 31st day of October, 2014.

_____
RICHARD F. BOULWARE II
United States District Court Judge